FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 18, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SARINA PIRKEY, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>SCHWEITZER ENGINEERING LABORATORIES, INC., a Washington Corporation; SCHWEITZER ENGINEERING LABORATORIES, INC. EMPLOYEE STOCK OWNERSHIP PLAN; JOSEPH NESTEGARD, individually and as Plan Administrator; JANE DOE NESTEGARD; MICHELE BEEHLER, individually and as Plan Administrator; STACEY DOTY, individually and as Plan Administrator; JOHN DOE DOTY; CONNEE ROVEGNO, individually and as Plan Administrator; JOHN DOE ROVEGNO; and JOHN/JANE DOES 1-99;<br><br>    Defendants. | No. 2:20-CV-00211-SAB<br><br>**ORDER DISMISSING CASE** |

**ORDER DISMISSING CASE** \* 1

Before the Court is the parties' Stipulated Motion to Dismiss With Prejudice, ECF No. 25. The parties agree and request that this matter be dismissed with prejudice and without costs to either side. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to accept the stipulation and enter it into the record.

Accordingly, **IT IS HEREBY ORDERED:**

1.  The parties' Stipulated Motion to Dismiss With Prejudice, ECF No. 25, is **GRANTED**.

2. This matter is **DISMISSED with prejudice** and without costs or attorney's fees to any party.

3. Any pending motions are **dismissed as moot**.

4. The trial date and any remaining pretrial deadlines are **stricken**.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **CLOSE** the file.

**DATED** this 18th day of November 2020.

Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING CASE** * 2